# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

Robert Carson et al.,

    Plaintiff,

v.

Safeco Insurance Company of Illinois, et al.,

    Defendants.

2:21-cv-03447-VAP-ASx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant Safeco Insurance Company of Illinois' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that the action, *Robert Carson et al. v. Safeco Insurance Company of Illinois, et al.*, 2:21-cv-03447-VAP-ASx, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 6/29/21

/s/ Virginia A. Phillips
Virginia A. Phillips
United States District Judge